**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000768
01-DEC-2015
08:13 AM**

NO. CAAP-15-0000768

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEDENILA DAPUN DEGUZMAN, Plaintiff-Appellee, v.
ALLAN JAMANDRE DEGUZMAN, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 14-1-7926)

ORDER APPROVING IN PART THE
NOVEMBER 10, 2015 STIPULATION TO DISMISS APPEAL
(By: Nakamura, Chief Judge, Foley and Fujise, JJ.)

Upon consideration of the Stipulation to Dismiss
Appeal, filed November 10, 2015, by Defendant-Appellant Allan
Jamandre Deguzman (Appellant), the papers in support, and the
record, it appears that (1) the stipulation is dated and signed
by all parties appearing in the appeal and their counsel; (2) the
parties seek to dismiss the appeal without prejudice, pursuant to
Hawai'i Rules of Appellate Procedure Rule 42(a); and (3) the
appeal has not been docketed.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved in part and the appeal is dismissed.

DATED: Honolulu, Hawai'i, December 1, 2015.


Chief Judge


Associate Judge


Associate Judge